**Thomas A. CASTRO, Petitioner—
Appellant,**

v.

**Ernest C. ROE, Warden, Respondent—
Appellee.**

No. 03–55987.

D.C. No. CV–02–1961–BTM/AJB.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 15, 2004.*

Decided Dec. 3, 2004.

Thomas A. Castro, Vacaville, CA, pro se.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Azra Feldman, Huappauge, NY, Attorney General for the State of California, Office of the California Attorney General, San Diego, CA, for Respondent.

Before LEAVY, McKEOWN, and BERZON, Circuit Judges.

## MEMORANDUM**

Thomas A. Castro, a California state prisoner, appeals the denial of his habeas corpus petition brought under 28 U.S.C. § 2254. He contends that California Jury Instruction 17.41.1 violated his constitutional rights. This contention is foreclosed by *Brewer v. Hall*, 378 F.3d 952, 957 (9th Cir.2004). Accordingly, we affirm the district court's judgment.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.